David McCONNELL, Plaintiff-Appellant, v. WILLIAMS STEAMSHIP COMPANY, Inc., Defendant-Appellee.

No. 75.

Circuit Court of Appeals, Second Circuit.

Nov. 5, 1936.

Corydon B. Dunham, of New York City (Albert H. F. Seeger, of Newburgh, N. Y., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed in open court.

MANUFACTURERS FINANCE COMPANY, Appellee, v. Isaac S. FRIEDMAN, Appellant.

No. 5769.

Circuit Court of Appeals, Seventh Circuit.

July 24, 1936.

Joseph E. Green and William C. Wines, both of Chicago, Ill., for appellant.

Edward I. Rothbart, Norman M. Peterson, and J. M. Rosenfield, all of Chicago, Ill., for appellee.

Before SPARKS, Circuit Judge.

PER CURIAM.

Upon stipulation of the parties hereto by their respective counsel of record, it is ordered that the above-entitled appeal be, and the same is hereby, dismissed without costs to either party, all costs having been paid.

The MARBLE ARCH COMPANY, Plaintiff-Appellant, v. The UNITED STATES of America, Defendant-Appellee.

No. 72.

Circuit Court of Appeals, Second Circuit.

Dec. 14, 1936.

M. Carl Levine, of New York City (Albert Foreman, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Clarence W. Roberts, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Orders affirmed.

MARYLAND CASUALTY COMPANY OF BALTIMORE, a Corporation, v. Tom B. REED et al.

No. 1492.

Circuit Court of Appeals, Tenth Circuit.

Nov. 2, 1936.

Ames, Cochran, Monet, Hayes & Ames, of Oklahoma City, Okl., for appellant.

Luther Bohanon, J. L. Gowdy, and J. B. Dudley, all of Oklahoma City, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant.